

# NUMBER 13-13-00689-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE ESTEBAN MIGUEL GUERRA**

**On Petition for Writ of Mandamus
and Request for Emergency Relief.**

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

On December 11, 2013, relator, Esteban Miguel Guerra, filed a petition for writ of mandamus seeking to avoid arbitration. Relator also requested an emergency stay of all arbitration proceedings. The Court, having examined and fully considered the request for an emergency stay, is of the opinion that relator's request should be granted. Accordingly, we GRANT the request for emergency stay and ORDER all arbitration proceedings to be stayed pending further order of this Court. We request that the real party in interest or any other person whose interest would be directly affected by the relief sought, file a response to

the petition for writ of mandamus on or before the expiration of ten days from the date of this order.   *See id.* R. 52.4, 52.87.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of December, 2013.

2